| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Mary Trower<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Syngenta Crop Protection, LLC, et al.<br>　　　　　　　　Defendant, | Court File Number<br>0:21-cv-01064<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware　） SS
County of New Castle ）

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Syngenta Crop Protection, LLC, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta Crop Protection, LLC, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __5__/__3__/2021     _____
　　　　　　　　　　　　　　　　　Denorris Brit

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252535 1855

Re: 6146-001 (Trower)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Mary Trower<br>　　　　　　　　　Plaintiff,<br>v.<br>Syngenta Crop Protection, LLC, et al.<br>　　　　　　　　　Defendant, | Court File Number<br>0:21-cv-01064<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware  ⎫
County of New Castle ⎬ SS

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Syngenta AG, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta AG, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021

Denorris Brit

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252536 1856

Re: 6146-001 (Trower)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Mary Trower<br>                    Plaintiff,<br>v.<br>Syngenta Crop Protection, LLC, et al.<br>                    Defendant, | Court File Number<br>0:21-cv-01064<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Syngenta Seeds, LLC, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta Seeds, LLC, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021

Denorris Brit

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252537 1857

Re: 6146-001 (Trower)



**METRO LEGAL**
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Mary Trower<br>      Plaintiff, | Court File Number<br>0:21-cv-01064 |
| v.<br>Syngenta Crop Protection, LLC, et al.<br>      Defendant, | **AFFIDAVIT OF SERVICE** |

State of Delaware } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Chevron Phillips Chemical Company LP, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Chevron Phillips Chemical Company LP, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021    _____
            Denorris Brit

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252538 1858

Re: 6146-001 (Trower)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|

Mary Trower

                Plaintiff,

v.

Syngenta Crop Protection, LLC, et al.

                Defendant,

Court File Number
0:21-cv-01064

**AFFIDAVIT OF SERVICE**

---

State of Pennsylvania } SS
County of Cumberland }

I, __Michelle Guyton__, state that on
      (Name of Server)

__5__ / __3__ /2021 at __11__ : __43__ __A__ M, I served the:
(Date of Service)      (Time of Service)

   Summons & Complaint

upon: Chevron U.S.A., Inc.

therein named, personally at:    Corporation Service Company
                                      2595 Interstate Drive, Suite 103
                                      Harrisburg, PA 17110

by handing to and leaving with:

__Dave Bulakowski__ — Service of Process Specialist
(Name of the Person with whom the documents were left)

at Corporation Service Company, the Registered Agent for Chevron U.S.A., Inc., expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                      Dated: __5__ / __5__ /2021    _____
                                                             (Signature of Server)

                                                              __Michelle Guyton__
                                                             (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252539 1859

Re: 6146-001 (Trower)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com